DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROBERT J. DINKINS, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1894

_____

November 21, 2025

Appeal from the Circuit Court for Pinellas County; Philippe Matthey,
Judge.

Blair Allen, Public Defender, and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and J. Wade Stidham,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

　　Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.